### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  22-20124-CR-ALTONAGA/Damian

**UNITED STATES OF AMERICA**,

     Plaintiff,

v.

**JASON WAGNER**,

     Defendant.

_____/

### ORDER

**THIS CAUSE** came before the Court on Defendant's Objections to the Report and Recommendation (DE 91) on Motion to Dismiss Count 5 and Moton to Sever Count 5 of the Superseding Indictment [ECF No. 96], filed on December 23, 2022.  Having reviewed the Report and Recommendation [ECF No. 91]; the Transcript [ECF No. 112] of the hearing before the Magistrate Judge; and the entire record; and having made a *de novo* determination[1] with respect to those portions of the Report to which Defendant has formally objected, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation on Defendant's Motions to Dismiss and Sever Count Five of the Superseding Indictment **[ECF No. 91]** is **ADOPTED** in its entirety, and the Objections [ECF No. 96] are **OVERRULED**.  Defendant's Motion to Dismiss [ECF No. 57] and Amended Motion to Sever [ECF No. 65] are **DENIED**.

---

[1] "The Court need not do over every step done by a magistrate judge on which there was some objection. *De novo* review means review without any deference; it does not mean that a district judge must redo the case without consideration of what the magistrate judge has written."  *DeJonge v. Burton*, No. 1:16-cv-980, 2018 WL 4929756, at *1 (W.D. Mich. Oct. 11, 2018) (quotation marks and citation omitted).

CASE NO. 22-20124-CR-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 9th day of January, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2