UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20124-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON WAGNER,
    a/k/a "Ace,"
    a/k/a "King Ace,"

    Defendant.
_____/

## VERDICT

1. We, the Jury, unanimously find the Defendant, **JASON WAGNER**, as to **Count 1** of the Second Superseding Indictment:

    GUILTY \_\_\_\_\_    NOT GUILTY ✓

2. We, the Jury, unanimously find the Defendant, **JASON WAGNER**, as to **Count 2** of the Second Superseding Indictment:

    GUILTY \_\_\_\_\_    NOT GUILTY ✓

3. We, the Jury, unanimously find the Defendant, **JASON WAGNER**, as to **Count 3** of the Second Superseding Indictment:

    GUILTY ✓    NOT GUILTY \_\_\_\_\_

CASE NO. 22-20124-CR-ALTONAGA

4. We, the Jury, unanimously find the Defendant, **JASON WAGNER**, as to **Count 4** of the Second Superseding Indictment:

GUILTY ✓            NOT GUILTY ____

5. We, the Jury, unanimously find the Defendant, **JASON WAGNER**, as to **Count 5** of the Second Superseding Indictment:

GUILTY ✓            NOT GUILTY ____

6. We, the Jury, unanimously find the Defendant, **JASON WAGNER**, as to **Count 6** of the Second Superseding Indictment:

GUILTY ✓            NOT GUILTY ____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this _____ day of October, 2023.

_____                    _____
Foreperson's Signature                                                     Foreperson's Printed Name