UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-20124-CR-ALTONAGA

UNITED STATES OF AMERICA
Plaintiff
vs.

JASON WAGNER,
Defendant.
_____/

NOTICE OF APPEAL

Notice is hereby given that Jason Wagner, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Amended Judgment and Commitment Order entered in this action on the 25th day of March, 2024 (DE 243).

Respectfully submitted,

*/s/ Hector L. Flores*
Hector L. Flores
Fla. Bar No. 0633755
Court House Center, Penthouse 1
40 North West 3rd Street
Miami, FL 33131
Tel: (305) 374-3998
hectorflores@barzeeflores.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed this 27th day of March, 2024, and was served to the parties in this case from that system.

*/s/ Hector L. Flores*
Hector L. Flores